```
                                                        FILED
                                              CLERK, U.S DISTRICT COURT

                                                   APR 2 5 2011

              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA   CENTRAL DISTRICT OF CALIFORNIA
                                               BY  L. Blackwater        DEPUTY
```

In the Matter of the Creation of the )
Calendar                             ) ORDER OF THE CHIEF JUDGE
                                     )
of                                   )
                                     )        11-005
                                     )
Judge JOHN A. KRONSTADT              )
                                     )

    IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge A. Howard Matz to the calendar of Judge John A. Kronstadt for all further proceedings:

| | | |
|---|---|---|
| CV 09 08645 | AHM(DTB) | Linwood Edward Tracy et al v. Steve Cooley et al |
| CV 09 09442 | AHM(FFMx) | Barbara L. Schramm et al v. JPMorgan Chase Bank, N.A. et al |
| CV 10 02874 | AHM(OPx) | Eric Baylis v. Guillermo Topete, et al |
| CV 10 04403 | AHM(SSx) | United States of America v. Edward Woo Chen |
| CV 10 05977 | AHM(FFMx) | Larry Fammilop et al v. Wells Fargo Bank NA et al |
| CV 10 06506 | AHM(RZx) | Jolene Lovett v. Life Insurance Company of North America et al |
| CV 10 08486 | AHM(FFMx) | Jack Jimenez v. Allstate Insurance Company et al |
| CV 10 08783 | AHM(OPx) | Chris Kohler v. Linmac, Inc. et al |
| CV 10 08838 | AHM(SSx) | Nancy Radin v. Darlene Hunt et al |
| CV 11 00802 | AHM(FMO) | Jeannette Wright v. Michael J. Astrue |
| CV 11 01752 | AHM(FFMx) | Paramount Petroleum Corporation v. Kerr Contractors, Inc. et al |
| CV 11 01771 | AHM(SSx) | Volumecocomo Apparel, Inc. v. Ross Stores, Inc. et al |
| * CV 11 02128 | AHM(AJWx) | David Long Jr v. Playboy Enterprises International Inc et al |
| CV 11 02845 | AHM(PJW) | Howell Carl Howard v. Francisco Quintana |

DATED: April 25, 2011

                                                Audrey B. Collins
                                             Chief Judge Audrey B. Collins