NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LONG, JR., an individual suing on behalf of himself, all those similarly situated and the general public,<br><br>          Plaintiff,<br><br>  vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and DOES 1 through 500,<br><br>          Defendants. | Case No. **CV11-02128 JAK (AJWx)**<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE BRIEFING ON MOTION FOR CLASS CERTIFICATION**<br><br>Judge:    Hon. John A. Kronstadt |

# ORDER

Based on the Stipulation To Continue Hearing On Motion For Summary Judgment And To Continue Briefing On Motion For Class Certification filed by Plaintiff David Long, Jr. ("Plaintiff") and defendant Playboy Enterprises International, Inc. ("Defendant"), the Court ORDERS AS FOLLOWS:

(1) The hearing on Defendant's Motion for Summary Judgment is continued from January 30, 2012, to February 27, 2012, at 8:30 a.m.

(2) The Status Conference re settlement is continued to February 27, 2012 at 8:30 a.m.

(3) Plaintiff's Motion for Class Certification is set as follows:
    (a) Motion for Class Certification:  March 19, 2012.
    (b) Opposition to Class Certification:  April 2, 2012.
    (c) Reply to Class Certification:  April 16, 2012.
    (d) Hearing on Class Certification:  May 7, 2012 at 8:30 a.m.

(4) The Status Conference re trial dates is continued to May 7, 2012 at 8:30 a.m.

**IT IS SO ORDERED,**

DATED: December 22, 2011

                                            Honorable John A. Kronstadt
                                            United States District Judge