UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LONG, JR., an individual suing on behalf of himself, all those similarly situated and the general public,<br><br>    Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and DOES 1 through 500,<br><br>    Defendants. | Case No. **CV11-02128 JAK (AJWx)**<br><br>**[CLASS ACTION]**<br><br>**JUDGMENT**<br><br>Judge: Hon. John A. Kronstadt |

## **JUDGMENT**

The Motion for Summary Judgment of Defendant Playboy Enterprises International, Inc. ("PEII") came on regularly for hearing on February 27, 2012, at 8:30 a.m., before the Honorable John A. Kronstadt in Department 750 in the above-entitled court, located at 255 East Temple Street, Los Angeles, CA 90012.

This Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, HEREBY ORDERS AND DECREES that PEII's Motion for Summary Judgment is GRANTED.

This Court further ORDERS AND DECREES that:

1. Judgment be entered against David Long, Jr. ("Plaintiff") and in favor of PEII;

2. Plaintiff will take nothing by the Complaint and this action will be dismissed with prejudice on its merits and in its entirety; and

3. PEII is the prevailing party and will recover from Plaintiff costs of suit.

**IT IS SO ORDERED,**

DATED: June 15, 2012

_____
Honorable John A. Kronstadt
United States District Court for the
Central District of California