JOHN P. LeCRONE (State Bar No. 115875)
 johnlecrone@dwt.com
CAMILO ECHAVARRIA (State Bar No. 192481)
 camiloechavarria@dwt.com
NICOLE M. SANDOZ (State Bar No. 260992)
 nicolesandoz@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
PLAYBOY ENTERPRISES
INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LONG, JR., an individual suing on behalf of himself, all those similarly situated and the general public,<br><br>             Plaintiff,<br><br>     vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and DOES 1 through 500,<br><br>             Defendants. | Case No. **CV11-02128 JAK (AJWx)**<br><br>**[CLASS ACTION]**<br><br>**NOTICE OF AMENDED BILL OF COSTS**<br><br>Date: July 16, 2012<br>Time: 10:00 a.m.<br><br>Judge: Hon. John A. Kronstadt |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that there was a scriber error on defendant Playboy Enterprises International, Inc.'s Bill of Costs that was submitted to the Clerk on June 29, 2012. While the Bill of Costs correctly noted costs of $5,864.49, the attorney declaration incorrectly stated the amount as $6,102.86. Per direction from the Clerk, defendant Playboy Enterprises International, Inc. hereby submits an Amended Bill of Costs with the correct amount of $5,864.49 set forth in the attorney declaration.

DATED: July 23, 2012

DAVIS WRIGHT TREMAINE LLP
JOHN P. LeCRONE
CAMILO ECHAVARRIA
NICOLE M. SANDOZ

By: /s/*Camilo Echavarria*
         Camilo Echavarria

Attorneys for Defendant
PLAYBOY ENTERPRISES INTERNATIONAL, INC.

NOTICE OF AMENDED BILL OF COSTS
DWT 19991926v1 0061612-000015

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899